1  James W. Henderson, Jr., No. 071170
   Tania H. Colderbank, No. 213675
2  **CARROLL, BURDICK & McDONOUGH LLP**
   1007 7th Street, Suite 200
3  Sacramento, CA  95814
   Telephone:	916.446.5297
4  Facsimile:	916.446.4487
   jhenderson@cbmlaw.com
5  tcolderbank@cbmlaw.com

6  Attorneys for Defendants
   ACCU BITE, INC. and
7  PATTERSON DENTAL SUPPLY, INC.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

| | |
|---|---|
| RAY DUSHEY; JEANNINE DUSHEY, and CHRISTOPHER DUSHEY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCU BITE, INC., a Michigan corporation; PATTERSON DENTAL SUPPLY, INC., a Michigan Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:06-CV-00834-WBS-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)]**<br><br>Complaint Filed:  February 14, 2006 |

CBM-SAC\SA045121.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)]**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties in this action, through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) with each party to bear its own attorney's fees and costs of suit incurred herein.

I hereby agree to the terms of the above Stipulation.

Dated: July 13, 2006          **LAW OFFICES OF CHAD CARLOCK**

By: _____/S/_____
Chad Carlock, Esq.
Attorneys for Plaintiffs
RAY DUSHEY, JEANNINE DUSHEY
and CHRISTOPHER DUSHEY

I hereby agree to the terms of the above Stipulation.

Dated: July 14, 2006          **CARROLL, BURDICK & McDONOUGH LLP**

By: _____/S/_____
James W. Henderson, Jr., Esq.
Attorneys for Defendants
ACCU BITE, INC. and
PATTERSON DENTAL SUPPLY, INC.

## ORDER

IT IS HEREBY ORDERED that this matter shall be and hereby is dismissed with prejudice and each party shall bear its own attorney's fees and costs of suit.

Dated: July 28, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CBM-SAC\SA045121.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)]**



CBM-SAC\SA045121.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)]**

PDF created with pdfFactory trial version www.pdffactory.com